

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

4:02 cr 40024

| | |
|---|---|
| UNITED STATES OF AMERICA | )**VIOLATIONS:** |
| | ) |
| v. | )21 U.S.C. §846 - Conspiracy to |
| | )Possess with Intent to Distribute |
| MANUEL PACHECO, | )Ketamine and Steroids |
| | ) |
| | )21 U.S.C. §841 - Possession |
| Defendant. | )of Ketamine and Steroids with |
| | )Intent to Distribute |
| | ) |
| | )21 U.S.C. §843(b) - Use of a |
| | )Communication Facility in Causing |
| | )or Facilitating the Commission of |
| | )Felonies under the Controlled |
| | )Substances Act |
| | ) |
| | )21 U.S.C. § 853 - Criminal |
| | )Forfeiture |

### INDICTMENT

**COUNT ONE:** **(21 United States Code, Section 846 - Conspiracy to Possess with Intent to Distribute and to Distribute Ketamine and Anabolic Steroids)**

The Grand Jury charges that:

From in or about May 2001, and continuing until in or about November 2001, at Westborough, in the District of Massachusetts, in Reseda, in the Central District of California and elsewhere,

### MANUEL PACHECO,

defendant herein, knowingly and intentionally combined, conspired and agreed with persons known and unknown to the Grand Jury, to possess with intent to distribute a quantity of ketamine, a Schedule III controlled substance, and a quantity of anabolic steroids, also a Schedule III controlled substance, in violation of Title 21, United States Code, Section 841 (a)(1).



2

All in violation of Title 21, United States Code, Section 846.

3

**COUNT TWO:**        **(21 United States Code, Section 841(a)(1) –**
                     **Distribution of Ketamine)**

The Grand Jury charges that:

On or about June 19, 2001, at Westborough, in the District
of Massachusetts, and at Northridge, in the Central District of
California,

**MANUEL PACHECO,**

defendant herein, knowingly and intentionally possessed with
intent to distribute and did distribute, a quantity of ketamine,
a Schedule III controlled substance.

All in violation of Title 21, United States Code, Section
841(a)(1).

4

**COUNT THREE:**   (21 United States Code, Section 843(b) -
Use of a Communication Facility in Causing or
Facilitating the Commission of Felonies under the
Controlled Substances Act)

The Grand Jury charges that:

On or about June 19, 2001, at Westborough in the District of
Massachusetts, and at Northridge, in the Central District of
California,

**MANUEL PACHECO,**

defendant herein, knowingly and intentionally used a
communication facility, to wit: Priority Mail Service of the
United States Postal Service, in committing, causing and
facilitating the commission of a violation of Title 21, United
States Code, Section 841(a)(1), distribution of a quantity of
Ketamine, a Schedule III controlled substance, in that the
defendant herein mailed and caused to be mailed from the Central
District of California to the District of Massachusetts Ketamine.

All in violation of Title 21, United States Code, Section
843(b).

5

**COUNT FOUR:**      **(21 United States Code, Section 841(a)(1) –**
                     **Distribution of Ketamine)**

The Grand Jury charges that:

On or about July 26, 2001, at Westborough, in the District
of Massachusetts, and at Northridge, in the Central District of
California,

**MANUEL PACHECO,**

defendant herein, knowingly and intentionally possessed with
intent to distribute and did distribute, a quantity of ketamine,
a Schedule III controlled substance.

All in violation of Title 21, United States Code, Section
841(a)(1).

6

**COUNT FIVE:**      **(21 United States Code, Section 843(b) -**
**Use of a Communication Facility in Causing or**
**Facilitating the Commission of Felonies under the**
**Controlled Substances Act)**

The Grand Jury charges that:

On or about July 26, 2001, at Westborough in the District of

Massachusetts, and at Northridge, in the Central District of

California,

**MANUEL PACHECO,**

defendant herein, knowingly and intentionally used a

communication facility, to wit: Priority Mail Service of the

United States Postal Service, in committing, causing and

facilitating the commission of a violation of Title 21, United

States Code, Section 841(a)(1), distribution of a quantity of

Ketamine, a Schedule III controlled substance, in that the

defendant herein mailed and caused to be mailed from the Central

District of California to the District of Massachusetts Ketamine.

All in violation of Title 21, United States Code, Section

843(b).

7

**COUNT SIX:**       **(21 U.S.C. § 853(a) - Criminal Forfeiture)**

The Grand Jury further charges that:

1.    As a result of the offenses alleged in Counts One through Five of this Indictment,

**MANUEL PACHECO,**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations including, but not limited to, the following:

> **(a)   2001 Plymouth Prowler, VIN 1P3EW65G61V701806, listed to Mariam Ruiz;**
>
> **(b)   Diamond Ring in the custody of Milagros Matos; and**
>
> **(c)   Diamond Tennis Bracelet in the custody of Milagros Matos.**

2.    If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant --

> (a)   cannot be located upon the exercise of due diligence;
>
> (b)   has been transferred or sold to, or deposited with, a third party;
>
> (c)   has been placed beyond the jurisdiction of the Court;
>
> (d)   has been substantially diminished in value; or
>
> (e)   has been commingled with other property which

8

cannot be subdivided without difficulty;
it is the intention of the United States, pursuant to Title 21,
United States Code, Section 853(p), to seek forfeiture of any
other property of the defendant up to the value of the property
described in paragraph 1.

All in violation of Title 21, United States Code, Section
853.

9

A TRUE BILL

*Jean P. Campbell*

FOREPERSON OF THE GRAND JURY

*Daniel Hennessy*

ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; SEPTEMBER 18 , 2002 at 12:04 pm.

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

**V.**

Manuel Pacheco

# WARRANT FOR ARREST

CASE NUMBER: 02-40024-NMG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Manuel Pacheco
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy to Possess with intent to Distribute Ketamine and Anabolic Steroids

in violation of
Title _____ 21 _____ United States Code, Section(s) 846 _____

Leann Ouellette
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

_Leann Ouellette_
Signature of Issuing Officer

September 18, 2002
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

v.

Manuel Pacheco

## WARRANT FOR ARREST

CASE NUMBER: 02-40024-NMG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Manuel Pacheco _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy to Possess with intent to Distribute Ketamine and Anabolic Steroids

in violation of
Title _____ 21 _____ United States Code, Section(s) 846

| Leann Ouellette | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |

Leann Ouellette                                    September 18, 2002
Signature of Issuing Officer                    Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

_____ **DISTRICT OF** Massachusetts _____

UNITED STATES OF AMERICA

**V.**

Manuel Pacheco

## WARRANT FOR ARREST

CASE NUMBER:  02-40024-NMG

To:  The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Manuel Pacheco _____
                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy to Possess with intent to Distribute Ketamine and Anabolic Steroids

in violation of
Title _____ 21 _____ United States Code, Section(s) 846

| | |
|---|---|
| Leann Ouellette | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| *Leann Ouellette* (signature) | September 18, 2002 |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

☜JS 45  (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA/HIDTA/USPIS

**City** Worcester          **Related Case Information:**

**County** Worcester          Superseding Ind./ Inf. _____          Case No. _____
                             Same Defendant _____    New Defendant x _____
                             Magistrate Judge Case Number _____
                             Search Warrant Case Number _____
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Manuel Pacheco                    Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   19400 Cohasset Street, Reseda, CA 91335

Birth date: 10/29/68    SS#: 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    Sex: M    Race: Hispanic    Nationality: _____

**Defense Counsel if known:** _____          **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   DAVID HENNESSY          **Bar Number if applicable** _____

**Interpreter:**   ☐ Yes   ☒ No          **List language and/or dialect:**   English

**Matter to be SEALED:**   ☐ Yes   ☒ No

          ☐ **Warrant Requested**          ☐ **Regular Process**          ☒ **In Custody**

**Location Status:**

**Arrest Date:**   March 2002

☐ **Already in Federal Custody as** _____ **in** _____ .
☒ **Already in State Custody**   NYS Dept of Corr   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:   Ordered by** _____ **on** _____

**Charging Document:**   ☐ Complaint          ☐ Information          ☒ Indictment

**Total # of Counts:**   ☐ Petty _____          ☐ Misdemeanor _____          ☒ Felony   6

**Continue on Page 2 for Entry of U.S.C. Citations**

☐          I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
          accurately set forth above.

**Date:** Sept 18, 2002          **Signature of AUSA:** David Hennessy